IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CRIMINAL NO. 4:11-CR-1-DCB-FKB |
| GRANT BEN | DEFENDANT |
| And | |
| MS BAND OF CHOCTAW INDIANS, | GARNISHEE |

## ORDER QUASHING GARNISHMENT

This cause came on for consideration on a motion (Dkt. # 21) of the United States Attorney to Quash the Order for Agreed Garnishment filed in this action on the grounds that the Defendant is has paid the debt in full.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Agreed Garnishment (Doc. #18) which was filed in this action on August 12, 2013, be and it is hereby quashed, and the garnishee, Ms Band Of Choctaw Indians,Ms Band Of Choctaw Indians, is hereby dismissed.

ORDERED AND ADJUDGED this  25th  day of  September  , 2015.

s/David Bramlette
HONORABLE DAVID C. BRAMLETTE, III
UNITED STATES DISTRICT JUDGE